IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FRANK JAMES,**

      **Plaintiff,**

**v.** // CIVIL ACTION NO. 1:06CV15
                                  (Judge Keeley)

**SHELBY INSURANCE/VESTA
INSURANCE COMPANIES and
LYNNE HEAVEN,**

      **Defendants.**

## ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL

On February 20, 2007, the law firm of Martin & Seibert, L.C., Walter M. Jones, III, and Laura C. Davis moved this Court for leave to withdraw as counsel for the defendants. Under this Court's order of September 12, 2006, this Court stayed all proceedings in this case. Therefore, for that reason and for other reasons appearing to the Court, the Motion to Withdraw as Counsel (Docket No. 25) is **GRANTED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 4, 2007.

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE